IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAUANNA J. ROBINSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-1018-K-BW |
| | § | |
| CEDAR HILL INDEPENDENT | § | |
| SCHOOL DISTRICT, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), filed on April 8, 2026 (Doc. 9), is **DENIED**.

The Plaintiff shall pay the $405 filing by **May 15, 2026**, or this action will be **DISMISSED** without prejudice and without further notice by separate judgment.

**SO ORDERED.**

**Signed April 29th, 2026.**

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE